KAREN L. LOEFFLER
United States Attorney

John A. Fonstad, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
john.fonstad@usdoj.gov
Alaska Bar No. 1401005

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMMA NASH, as Personal Representative of the ESTATE OF ELIZABETH NASH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYAN R. GERRY, MD, SHANNON PATRICK GARITTY, MD, KATHRYN A. LEWIS, RN, KIM DERR-OBERLIES, RN, and JENNIFER M. VADEN, CNA,<br><br>　　　　Defendants. | Case No. 3:16-CV-_____<br><br>(State Court No. 3AN-16-9482CI)<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 1446, the United

States of America, through the United States Attorney's Office, removes this

action from the Superior Court for the State of Alaska, Third Judicial District

at Anchorage to the United States District Court for the District of Alaska. In support of this Notice of Removal, the United States avers as follows:

## I. THE STATE COURT ACTION

1. On or about October 17, 2016, Plaintiff Emma Nash filed a civil action in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, styled as *Emma Nash, as Personal Representative of the Estate of Elizabeth Nash v. Ryan R. Gerry, MD, Shannon Patrick Garitty, MD, Kathryn A. Lewis, RN, Kim Derr-Oberlies, RN, and Jennifer M. Vaden, CNA*, Case No. 3AN-16-9482CI (the "original complaint"). A true and correct copy of the original complaint is attached hereto as Exhibit A.

2. The allegations in the original complaint concern medical malpractice tort claims. Plaintiff has alleged that the Defendants committed medical malpractice when treating the Plaintiff's decedent, resulting in wrongful death and economic and non-economic injuries. Plaintiff seeks compensatory damages for this alleged injury and losses.

## II. THE REQUIREMENTS FOR REMOVAL ARE SATISFIED

3. This Notice of Removal is brought under 28 U.S.C. § 2679(d)(2).

4. United States Attorney for the District of Alaska, Karen L. Loeffler, has certified that, with respect to the allegations in Plaintiff's Complaint, defendants (1) Ryan R. Gerry, MD, (2) Kathryn A. Lewis, RN,

(3) Kim Derr-Oberlies, RN, and (4) Jennifer M. Vaden, CNA, all were acting within the scope of their employment with Alaska Native Tribal Health Consortium (ANTHC) and that they are deemed entitled to coverage and protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, pursuant to ANTHC's compact or agreement with the federal Department of Health and Human Services under the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C. § 450f. The Certification is attached hereto as Exhibit B.

5. United States Attorney Karen L. Loeffler has further certified that, with respect to the allegations in Plaintiff's Complaint, (1) Ryan R. Gerry, MD, (2) Kathryn A. Lewis, RN, (3) Kim Derr-Oberlies, RN, and (4) Jennifer M. Vaden, CNA, all are deemed to be employees of the federal government as they were acting within the scope of federal employment for purposes of the FTCA, 28 U.S.C. §§ 2671-80. *See* Exhibit B.

6. 28 U.S.C. § 2679(d)(2) provides: (1) that upon certification by the Attorney General that the Defendant employee was acting within the scope of its federal employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a state court shall be removed at any time before trial to the district court of the United States for the district in which the action is pending; and (2) that such

*Nash v. United States, et al.* -3-
Case No. 3:16-cv-_____

Case 3:16-cv-00290-SLG   Document 1   Filed 12/20/16   Page 3 of 6

claim shall be deemed to be an action against the United States subject to the provisions of the FTCA.

7. The remedy provided by the FTCA for such claim and action against the United States is the exclusive remedy and any other civil action or proceeding against defendants (1) Ryan R. Gerry, MD, (2) Kathryn A. Lewis, RN, (3) Kim Derr-Oberlies, RN, or (4) Jennifer M. Vaden, CNA involving or arising out of the same subject matter, is precluded. 28 U.S.C. § 2679(b)(1).

8. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 2679(d)(2) (removal may occur "at any time before trial").

9. Pursuant to 28 U.S.C. § 2679(d)(2), no bond is required to be filed with this Notice of Removal.

10. This Court embraces the locality in which the state court action is now pending, and thus is a proper forum pursuant to 28 U.SC. § 2679(d)(2).

11. No previous application has been made for the relief requested herein.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all adverse parties who have appeared and filed with the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

13. This Notice of Removal is being signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

14. Pursuant to Local Rule 3.1(a), a copy of the civil cover sheet is being submitted herewith.

15. If any questions arise regarding the propriety of the removal of this action, the United States respectfully requests the opportunity to present briefing and/or oral argument in support of its position that this case is removable.

WHEREFORE, the Unites States respectfully requests that this Court:

1. Assume jurisdiction over this action as if Plaintiff Emma Nash had originally commenced this action with this Court; and

2. Substitute the United States in place of all named defendants, except Shannon Patrick Garitty, MD, pursuant to 28 U.S.C. § 2679(d)(2) ("the United States shall be substituted as the party defendant").

RESPECTFULLY SUBMITTED this 20th day of December, 2016, in Anchorage, Alaska.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/John A. Fonstad
> Assistant U.S. Attorney
> Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on December 20, 2016,
a copy of the foregoing was served via electronic mail on:

Margaret Simonian
Dillon & Findley, PC
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
meg@dillonfindley.com
Counsel for Plaintiff

s/John A. Fonstad
Assistant United States Attorney

*Nash v. United States, et al.*     -6-
Case No. 3:16-cv-_____