KAREN L. LOEFFLER
United States Attorney

John A. Fonstad, Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
john.fonstad@usdoj.gov
Alaska Bar No. 1401005

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| EMMA NASH, as Personal Representative of the ESTATE OF ELIZABETH NASH, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN R. GERRY, MD, SHANNON PATRICK GARITTY, MD, KATHRYN A. LEWIS, RN, KIM DERR-OBERLIES, RN, and JENNIFER M. VADEN, CNA, <br><br> Defendants. | Case No. 3:16-CV-00290-SLG <br><br> **MOTION TO SUBSTITUTE THE UNITED STATES AS A NAMED DEFENDANT** |

Defendant, United States of America, through counsel, and pursuant to

pursuant to 28 U.S.C. § 2679(d)(2), requests that it be substituted as the

named defendant in place of defendants (1) Ryan R. Gerry, MD, (2) Kathryn

A. Lewis, RN, (3) Kim Derr-Oberlies, RN, and (4) Jennifer M. Vaden, CNA.

In support, the United States states as follows:

1.      This is a medical malpractice lawsuit concerning medical care provided at the Alaska Native Medical Center.   *See* Compl. [Dkt. 1-1] ¶¶ 8-22.

2.      Plaintiff originally filed this lawsuit against five medical providers in the Superior Court for the State of Alaska.   Compl. [Dkt. 1-1]. The United States removed this lawsuit, pursuant to 28 U.S.C. § 2679(d)(2), after certifying that four of the named defendants — (1) Ryan R. Gerry, MD, (2) Kathryn A. Lewis, RN, (3) Kim Derr-Oberlies, RN, and (4) Jennifer M. Vaden, CNA — are deemed federal employees who were acting within the scope of their employment for purposes of the Federal Tort Claims Act.   *See* Notice of Removal [Dkt. 1] ¶¶ 3-7; Certification [Dkt. 3].

3.      28 U.S.C. § 2679(b)(1) provides that the Federal Tort Claims Act remedy against the United States is the exclusive remedy for any claims arising from the tortious conduct of a federal employee who was acting within the scope of his employment.   Any other civil action or proceeding against the federal employee involving or arising out of the same subject matter is precluded.

4.      28 U.S.C. § 2679(d)(2) provides that the United States "shall be substituted as the party defendant" in place of any individuals who are

*Nash v. United States, et al.*                    -2-
Case No. 3:16-cv-00290-SLG

deemed federal employees acting with the scope of their employment. Accordingly, the United States should be substituted as a named defendant in the place of (1) Ryan R. Gerry, MD, (2) Kathryn A. Lewis, RN, (3) Kim Derr-Oberlies, RN, and (4) Jennifer M. Vaden, CNA.

5.     This case should be re-styled as:   *Emma Nash, as Personal Representative of the Estate of Elizabeth Nash, Plaintiff v. United States of America and Shannon Patrick Garitty, MD, Defendants*.

RESPECTFULLY SUBMITTED this 27th day of December, 2016, in Anchorage, Alaska.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/John A. Fonstad
> Assistant U.S. Attorney
> Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on December 27, 2016,
a copy of the foregoing was served via ECF on:

Margaret Simonian
Dillon & Findley, PC
1049 W. 5th Avenue, Suite 200
Anchorage, Alaska 99501
meg@dillonfindley.com
Counsel for Plaintiff

s/John A. Fonstad
Assistant United States Attorney

*Nash v. United States, et al.*     -3-
Case No. 3:16-cv-00290-SLG