IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMMA NASH, as Personal Representative of the ESTATE OF ELIZABETH NASH,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA and SHANNON PATRICK GARITTY, MD,<br><br>        Defendants. | Case No. 3:16-cv-00290-SLG |

### ORDER GRANTING MOTION TO SUBSTITUTE

Upon consideration of Defendant's Motion to Substitute the United States as Named Defendant (Docket 5) and Plaintiff's non-opposition (Docket 9), the Court hereby GRANTS the motion.

IT IS ORDERED that the caption shall be restyled as set forth above.

DATED this 13th day of January, 2017 at Anchorage, Alaska.

            */s/ Sharon L. Gleason*
            UNITED STATES DISTRICT JUDGE