**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| EMMA NASH, as Personal Representative of the ESTATE OF ELIZABETH NASH,<br><br>          Plaintiff,<br><br>  vs.<br><br>SHANNON PATRICK GARITTY, MD,<br><br>          Defendant. | Case No. 3:16-cv-00290-SLG |

## ORDER RE MOTION TO DISMISS

Upon consideration of Defendant United States of America's Motion to Dismiss All Claims against the United States for Lack of Administrative Exhaustion (Docket 6) and Plaintiff's Non-Opposition (Docket 11), the Court hereby GRANTS the motion.

IT IS ORDERED that Plaintiff's claims against the United States are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

This action shall proceed solely against Shannon Patrick Garitty, M.D., and the case caption is accordingly amended.

Dated this 23rd day of January, 2017 at Anchorage, Alaska.

                               */s/ Sharon L. Gleason*
                               UNITED STATES DISTRICT JUDGE