BRYAN SCHRODER
Acting United States Attorney

JOHN FONSTAD
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
john.fonstad@usdoj.gov
Alaska Bar No. 1401005

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMMA NASH, as Personal Representative of the ESTATE OF ELIZABETH NASH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; ALASKA NATIVE TRIBAL HEALTH CONSORTIUM D/B/A ALASKA NATIVE MEDICAL CENTER; and SHANNON PATRICK GARRITY, M.D.,<br><br>    Defendants. | Case No. 3:16-CV-00290-SLG<br><br>**MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT FOR ALASKA NATIVE TRIBAL HEALTH CONSORTIUM D/B/A ALASKA NATIVE MEDICAL CENTER** |

  The United States of America, through counsel, moves to substitute the United States as the proper party in the place and stead of defendant Alaska Native Tribal Health Consortium d/b/a Alaska Native Medical Center ("ANTHC").

With respect to the allegation in Plaintiff's Amended Complaint [Dkt. 24], Defendant ANTHC is deemed to be an entity of the federal government for purposes of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, by operation of ANTHC's compact or agreement with the federal Department of Health and Human Services under the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C. § 5321 (formerly codified as 25 U.S.C. § 450f).

Under 28 U.S.C. § 2679(b)(1), the Federal Tort Claims Act remedy against the United States, as provided in 28 U.S.C.§ 1346(b), for a negligence action against a federal entity, is exclusive of any other civil action for money damages. Where the FTCA governs, its remedy is exclusive and a self-determination contractor, such as ANTHC, may not be sued in its own name. 28 U.S.C. § 2679; *see also* 25 U.S.C. § 5321(d); 25 C.F.R. § 900.190; 25 C.F.R. § 900.204. Thus, the claims against ANTHC are claims against the United States, and ANTHC should be dismissed and removed from the caption.

*Nash v. United States, et al.* -2-
Case No. 3:16-cv-00290-SLG

Case 3:16-cv-00290-SLG Document 31 Filed 06/16/17 Page 2 of 3

RESPECTFULLY SUBMITTED this 16th day of June, 2017, in Anchorage, Alaska.

BRYAN SCHRODER
Acting United States Attorney

s/John A. Fonstad
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on June 16, 2017,
a copy of the foregoing was served via ECF on:

Margaret Simonian
Counsel for Plaintiff

John Tiemessen
Counsel for Dr. Garrity

s/John A. Fonstad
Assistant U.S. Attorney