IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
EMMA NASH, as Personal        )
Representative of the         )
ESTATE OF ELIZABETH NASH,     )
                              )
              Plaintiff,      )
                              )
vs.                           )
                              )
UNITED STATES OF AMERICA and  )
SHANNON PATRICK GARITTY, M.D.,)
                              )
              Defendants.     )
_____)  Case No. 3:16-cv-00290-SLG
```

### ORDER RE STIPULATION

Upon consideration of the parties' Stipulation for Extension of Pretrial Deadlines (Docket 38), the Court hereby APPROVES the stipulation.

IT IS ORDERED that the following pretrial deadlines are extended as follows:

Plaintiff's Expert Disclosures: **2/28/18**

Defendants' Expert Disclosures: **4/16/18**

Final Witness Lists: **5/16/18**

Discovery Closes: **7/1/18**

Discovery Motions: **7/15/18**

Dispositive and Daubert Motions: **8/1/18**

DATED this 26th day of December, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE